UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| CONSUMER MARKETS, LLC | Case No. 08-18427-PHX GBN |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2001 | 02/16/10 | Consumer Markets, LLC<br>10401 E. McDowell Mountain Ranch Road<br>#2-301<br>Scottsdale, AZ 85255 | $25.72 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $25.72 to the Clerk of the Court to be deposited in the Registry thereof.

| June 9, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |